No. 733.  F. C. BOORMAN, DOING BUSINESS UNDER THE NAME AND STYLE OF THE TWENTIETH CENTURY COMPANY, AND LILLIAN MENCL *v.* EDWARDS AND DEUTSCH LITHOGRAPHING COMPANY.  December 13, 1926.  Peti-

tion for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Nelson J. Jewett* and *George A. Critton* for petitioners. *Mr. Wallace R. Lane* for respondent.